Anthony A. BELOCK, Joyce Belock, and Mary K. Belock, v. STATE TRANSPORTATION BOARD, No. 239-79

July 24, 1979. There being no final judgment, appeal dismissed. V.R.A.P. 5(b).